Site Analytics powered by compete | Compete.com | Compete PRO | Products | Expertise | Our Data | Pulse Blog | Subscribe to Compete PRO

**Login** or **Signup** for Site Analytics to follow sites        Get the whole story with a Compete PRO subscription. **Learn More**

