

Search for more

Search

# eporner.com (http://eporner.com)

EPORNER.COM - Full Free Porn - Sex, Porno, Porn Tube, Free XXX Porn : Free porn movies

**Is this your site?** **Run an Alexa Site Audit (/siteaudit/?theme=siteinfotip)** .

About EPORNER.COM - Full Free Porn - Sex, Porno, Porn Tube, Free XXX Porn : Free porn movies (eporner.com): Thousands of full lenght videos with very high quality.

## Statistics Summary for eporner.com

Eporner.com's three-month global Alexa traffic rank is 5,929. Visitors to the site view 5.9 unique pages each day on average, and search engines refer roughly 14% of visits to it. Eporner.com is particularly highly ranked in the city of Verona (#111). While we estimate that 18% of visitors to the site come from the US, where it is ranked #6,387, it is also popular in Sweden, where it is ranked #1,126.

Show Less (#)

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 5,929<br>Global Rank | 6,387<br>Rank in **US (/topsites/countries/US)** | **221 (/site/linksin/eporner.com)**<br>Sites Linking In | **none Star**<br>**(/write/review/eporner.com)**<br>(No reviews yet) |

- Traffic Stats
- Search Analytics
- Audience
- Contact Info
- Reviews
- Related Links
- Clickstream

- **Traffic Rank (#rank)**
- **Reach (#reach)**
- **Pageviews (#pageviews)**
- **Pageviews/User (#pageviews_per_user)**
- **Bounce % (#bounce)**
- **Time on Site (#time_on_site)**
- **Search % (#search)**



**Daily Reach (percent)**
eporner.com

Trailing 3 months

Estimated percentage of global internet users who visit eporner.com:

| | Reach | Change | |
|---|---|---|---|
| **Yesterday** | 0.02300 | -10% | ⬇ |
| **7 day** | 0.02260 | -3% | ⬇ |
| **1 month** | 0.02370 | +1% | ⬆ |
| **3 month** | 0.02370 | -8% | ⬇ |

Compare **eporner.com** to:

Compare

Share this: facebook   Like   Tweet  **(http://twitter.com/home?
status=Check%20out%20Alexa's%20site%20info%20page%20for%20eporner.com%20http://www.alexa.com/siteinfo/eporner.com%23trafficstats)**
**(http://www.alexa.com/siteinfo/eporner.com#trafficstats)**
Learn more about **Alexa Traffic Stats (/help/traffic-learn-more)** .

# Average Load Time for
# Eporner.com

Average (1.209 Seconds), 59% of sites are slower.

Note: Slow sites may be penalized by search engines.

# Eporner.com's Regional Traffic Ranks

Country

Rank

**Slovenia (/topsites/countries/SI)**

832

**Azerbaijan (/topsites/countries/AZ)**

919

Sweden (/topsites/countries/SE)

1,126

Germany (/topsites/countries/DE)

1,639

Switzerland (/topsites/countries/CH)

1,922

Netherlands (/topsites/countries/NL)

2,185

Austria (/topsites/countries/AT)

2,227

Spain (/topsites/countries/ES)

2,320

Romania (/topsites/countries/RO)

2,903

Italy (/topsites/countries/IT)

2,940

Poland (/topsites/countries/PL)

3,043

Australia (/topsites/countries/AU)

3,083

United Kingdom (/topsites/countries/GB)

3,657

Canada (/topsites/countries/CA)

3,702

Greece (/topsites/countries/GR)

4,049

Indonesia (/topsites/countries/ID)

4,520

France (/topsites/countries/FR)

5,274

Argentina (/topsites/countries/AR)

5,994

United States (/topsites/countries/US)

6,387

**Mexico** (/topsites/countries/MX)

9,351

**Russia** (/topsites/countries/RU)

11,706

**India** (/topsites/countries/IN)

22,235

More

## Where Visitors Go on Eporner.com

Subdomain

Percent of Site Traffic

eporner.com

99.60%

thumbs.eporner.com

0.20%

static.eporner.com

0.14%

OTHER

0.05%

## Audience Snapshot

## Top Search Queries for Eporner.com

Based on internet averages, eporner.com is visited more frequently by **males** who are in the age range **18-24**, have **no children**, received **some college** education and browse this site from **home**.
Get complete site demographics, (#)

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | hd tube | 0.27% |
| 2 | hd pron | 0.21% |
| 3 | free hd pron | 0.12% |
| 4 | free hd tube | 0.10% |
| 5 | tube hd | 0.09% |
| 6 | speed test | 0.05% |
| 7 | ifeelmyself | 0.05% |

View the full Audience Profile (#)

View the complete Search Analytics (#)

Featured Alexa Site Tools



   **(/siteaudit/)**

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.



   **(/toolbar-creator/)**

**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.



   **(/siteowners/edit)**

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.



   **(/siteowners/)**

**View All (/siteowners/)** Access all of Alexa's Site Tools.

Learn more about **Related Links (/faqs/?cat=13)** .

Sites relevant to eporner.com visitors and their interests.

## If you like eporner.com you may also like:

- 1
  **TOP AMATEUR SEX VIDEOS - UPDATED DAILY (/siteinfo/topamateursexvideos.com)**

- 2
  **Patrz.pl (/siteinfo/patrz.pl)**

- 3
  **Maxraw - Totally Explicit And Completely Uncensored Xxx Porn Is Waiting For Yo (/siteinfo/maxraw.com)**

- 4
  **Detiva Internet Search Engine (/siteinfo/detiva.com)**

## Sites with similar names to eporner.com:

- 1
  **ecorner.com (/siteinfo/ecorner.com)**

- 2
  **eporady24.pl (/siteinfo/eporady24.pl)**

- 3

  **eportal.gr** (/siteinfo/eportal.gr)

- 4

  **epornx.com** (/siteinfo/epornx.com)

- 5

  **epornreview.com** (/siteinfo/epornreview.com)

- 6

  **epornoherecky.cz** (/siteinfo/epornoherecky.cz)

- 7

  **epornqueen.com** (/siteinfo/epornqueen.com)

- 8

  **c-sharpcorner.com** (/siteinfo/c-sharpcorner.com)

- 9

  **gamecorner.pl** (/siteinfo/gamecorner.pl)



**Advertise with Alexa**

## High Impact Search Queries for Eporner.com

| Query | | Impact |
|-------|--|--------|
| 1 | eporner | High |
| 2 | free hd | High |
| 3 | porn | High |
| 4 | full hd | Medium |
| 5 | free porn | Medium |
| 6 | porno | Low |

| 7 | porn full hd | Low |

**View the complete Search Analytics**

## Top Search Queries for Eporner.com

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | hd tube | 0.27% |
| 2 | hd pron | 0.21% |
| 3 | free hd pron | 0.12% |
| 4 | free hd tube | 0.10% |
| 5 | tube hd | 0.09% |
| 6 | speed test | 0.05% |
| 7 | ifeelmyself | 0.05% |

**View the complete Search Analytics**



**Wayback Machine**

**See how Eporner.com looked in the past**

Like epomer.com? **Download the Alexa toolbar** and access exclusive analytics content.

您现在可以在Alexa中文官方网站cn.alexa.com上获取**eporner.com**的网站流量信息。

© Alexa Internet, Inc.

An amazon.com company