**EPORNER** *BIGGER BETTER*

PHOTOS   LIVE CAMS   CATEGORIES   COMMUNITY   UPLOAD   BLOG

Home   Promo   Today   On-Air   Popular   Photos   Top Rated   Solo girls   Competition   HD Porn

search...

**Contact**

| | |
|---|---|
| **Contact Reason:** | -- Please choose -- |
| **Your E-Mail:** | |
| **Subject:** | |
| **Message:** | |

Send

You can also reach us via e-mail: contact@eporner.com

Cooperate?

Advertise Here

XML SITEMAP    Contact | Terms | DMCA | API for webmasters | Adult movie reviews | TrafficHolder.com - Buy Adult Traffic

Case 3:11-cv-03048-MWB   Document 2-4   Filed 09/20/11   Page 1 of 2

This website contained adult material as pictures, videos, stories, images, or sounds. If you are under 18 years old, you must leave this page immediately.

Case 3:11-cv-03048-MWB   Document 2-4   Filed 09/20/11   Page 2 of 2