

## VERIFICATION OF YOUR AGE:

Please provide us with the following information and click submit.

**Credit Card Number**
(No dashes or spaces)

**Expiration Date**            /         (MM / YY)

**CVV2 #**
(No dashes or spaces)                What's This?

By checking this box you agree to the Terms and Conditions, certify that you are 18 years of age or older and understand the complete **terms of billing.


Upgrade to Platinum Membership - FREE +

**Click For Free Access**


By pressing 'Click for Free Access' I certify that I have read and agree to the complete terms of membership and billing and that the card entered above is my credit card.

(**) Your Free Lifetime access to FreeHDAccess includes a free 2 day trial promo to Premier Passport. TO AVOID BEING CHARGED, SIMPLY CANCEL YOUR PREMIER PASSPORT MEMBERSHIP BEFORE THE TRIAL PERIOD ENDS. Your Premier Passport membership will renew at $39.95/month, or the then applicable rate, unless cancelled. Your lifetime access to FreeHDAccess remains active even if you cancel your Premier Passport membership.

Any charges made to your card will appear under 'BIZSERVS.COM'

+ Your Platinum Membership Details:
- XXXHDVault.com - 4 Days Free Trial, membership renews at $49.95/monthly, unless cancelled.
- EroticDvdsOnline.com - 10 Days Free Trial, renews at $29.95/monthly, unless cancelled If you don't qualify for this offer we will substitute it with: UncommonPorn.com - Free 2 Day Trial, recurring at $39.62 monthly, until cancelled..

▶ **NOTES:**

**Your Ip Address: 75.142.98.53**
(Logged for fraud prevention)

Privacy Policy

 

Vetona Service Ltd, Plateia Kalograias 4, Office 6, Aglantzia, Synoikismos Platy, PC 2114 Nicosia
CYPRUS