Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Maciej Madon and Maciej Madon dba Eporner.com and www.eporner.com and<br>and John Does 1 - 100 and<br>John Doe Companies 1 - 100<br><br>　　　　Defendant(s). | No. 3:11-cv-03048-MWB<br><br>**DISCLOSURE STATEMENT** |

_____

　　　As required by LR 7.1, plaintiff in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case*:

Party 1: Fraserside Holdings Limited

Party 2: Private Media Group, Inc.
Party 3: Cinecraft Limited

(*b*) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Party 1: Shareholder of Party 2
Party 2: Shareholder of Plaintiff
Party 3: Wholly owned by Party 1


Date: October 3, 2011              Respectfully submitted,

                                    By:    /s/ Chad L. Belville
                                    cbelville@azbar.org
                                    Chad Belville, Attorney at Law
                                    Iowa Bar # 015731
                                    304 East Beth Drive
                                    Phoenix, AZ 85042

                                    P.O. Box 17879
                                    Phoenix, AZ 85066
                                    Telephone: 602-904-5485
                                    FAX: 602-297-6953
                                    E-mail cbelville@azbar.org

                                    ATTORNEY FOR PLAINTIFF