Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>    An Iowa Limited Liability Company<br><br>vs.<br><br><br><br>Maciej Madon and Maciej Madon dbaEporner.com<br>and www.eporner.com and John Does 1 – 100<br>and John Doe Companies 1-100 | No. 11-cv-03048-MWB<br><br><br>MOTION TO EXTEND<br>DEADLINE FOR<br>SCHEDULING ORDER |

COMES NOW Plaintiffs Fraserside IP LLC, by and through its counsel, Chad Belville, and MOVES that the Deadline for Filing of Scheduling Order be continued to a later date.

The Defendants are located outside the United States and have not yet been served in this matter. No discovery has taken place. Plaintiff believes this will affect the trial date. Plaintiff requests that deadline for Scheduling Order be continued ninety (90) days.

| | |
|---|---|
| Date: February 1, 2012 | Respectfully submitted, |
| | By: /s/ Chad L. Belville |
| | Chad Belville, Attorney at Law<br>Iowa Bar # 015731 |
| Physical Address | 304 East Beth Drive<br>Phoenix, AZ 85042 |
| MAILING ADDRESS: | P.O. Box 17879<br>Phoenix, AZ 85011 |
| | Telephone: 602-904-5485<br>FAX: 602-297-6953<br>E-mail cbelville@azbar.org<br>ATTORNEY FOR PLAINTIFF |