# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, | |
| Plaintiff, | No. C11-3048-MWB |
| vs. | **ORDER** |
| MACIEJ MADON AND MACIEJ MADON d/b/a Eporner.com and www.eporner.com and John Does 1-100 and John Doe Companies 1-100, | |
| Defendants. | |

_____

The plaintiff's motion (Doc. No. 7) to extend deadline for scheduling order is **granted**. The deadline is extended to **April 30, 2012**.

**IT IS SO ORDERED.**

**DATED** this 2nd day of February, 2012.

*(signature)*

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT