Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>    An Iowa Limited Liability Company<br><br>vs.<br><br><br>Maciej Madon and Maciej Madon<br>dba eporner.com, www.eporner.com and<br>John Does 1 - 100 and<br>John Doe Companies 1 - 100 | No. 11-cv-03048-MWB<br><br>PLAINTIFF'S VOLUNTARY<br>DISMISSAL OF COMPLAINT<br>AND ENTIRE ACTION<br>WITHOUT PREJUDICE |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad Belville, and MOVES this Court to allow Plaintiff to voluntarily dismiss this complaint and the total action in this matter, without prejudice. Service of process on the Defendants in this action has not yet been effected, and thus, no answer or responsive pleadings have been submitted by Defendants.

Plaintiff further states that this action is not subject to Rules 23(e), 23.1(c), 23.2, or 66, and therefore a voluntary dismissal should be permitted without an order of the Court.

DATED: May 3, 2012                     Respectfully submitted,

                                                         By:     /s/ Chad L. Belville
                                                                   cbelville@azbar.org
                                                                   Chad Belville, Attorney at Law
                                                                   Attorney for Plaintiff
                                                                   Iowa Bar # 015731

Physical Address                          4742 North 24th Street Suite 315
                                                                   Phoenix, AZ 85016

MAILING ADDRESS:                     P.O. Box 17879
                                                                   Phoenix, AZ 85066

                                                                   Telephone: 602-904-5485
                                                                   FAX: 602-297-6953
                                                                   E-mail cbelville@azbar.org
                                                                   ATTORNEY FOR PLAINTIFF